UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

        Plaintiff,

      v.                                                                         Case No. 19-CR-151

CEDRIC D. COHEN,

        Defendant.

---

## PRELIMINARY ORDER OF FORFEITURE

---

        Upon the motion of the United States of America pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, and upon the entry of the plea agreement, and in consideration of the guilty plea of Defendant Cedric D. Cohn to Counts One and Two of the Information filed on August 31, 2021, defendant Cedric D. Cohen agrees to the forfeiture of the property item listed in the forfeiture notice of the Information filed on August 31, 2021.

        IT IS HEREBY ORDERED that all right, title, and interest in the approximately $1,664.00 in U.S. currency seized on June 17, 2019, from XXX Farlin Street, Green Bay, Wisconsin, the residence of Cedric Cohen, is hereby forfeited to the United States pursuant to Title 21, United States Code, Section 853.

        IT IS FURTHER ORDERED that the above-listed item shall be seized by the United States Marshals Service for the Eastern District of Wisconsin, or its duly authorized representative.

        IT IS FURTHER ORDERED that pursuant to Title 21, United States Code, Section 853(n)(1) the United States shall publish notice of this order and of its intent to dispose of the property according to law.

IT IS FURTHER ORDERED that the terms of this Order shall be recounted in the defendant's Judgment and Commitment Order.

Dated at Green Bay, Wisconsin, this 20th day of September, 2021.

<pre>
                                        s/ William C. Griesbach
                                        WILLIAM C. GRIESBACH
                                        United States District Judge
</pre>